UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
JESSE DEAN RODRIGUEZ-HAMMOND § Case No. 15-09203
ROBERTO RODRIGUEZ-HAMMOND §
§
§
Debtors §

TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 03/16/2015 . The undersigned trustee was appointed on 03/16/2015 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

| | | |
|---|---|---|
| 4. The trustee realized gross receipts of | $ | 92,929.27 |
| Funds were disbursed in the following amounts: | | |
| Payments made under an interim disbursement | | 0.00 |
| Administrative expenses | | 10,631.59 |
| Bank service fees | | 0.00 |
| Other payments to creditors | | 48,947.40 |
| Non-estate funds paid to 3rd Parties | | 0.00 |
| Exemptions paid to the debtor | | 9,845.00 |
| Other payments to the debtor | | 0.00 |
| Leaving a balance on hand of[1] | $ | 23,505.28 |

---
[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

The remaining funds are available for distribution.

      5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

      6.  The deadline for filing non-governmental claims in this case was  08/14/2015  and the deadline for filing governmental claims was  09/14/2015 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

      7.  The Trustee's proposed distribution is attached as **Exhibit D**.

      8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 7,404.21 .  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

      The trustee has received $ 0.00  as interim compensation and now requests a sum of $ 7,404.21 , for a total compensation of $ 7,404.21 [2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 397.97 , for total expenses of $ 397.97 [2].

      Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 07/05/2017               By: /s/Peter N. Metrou, Trustee
                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 15-09203 BWB | Judge: | Bruce W. Black | Trustee Name: | Peter N. Metrou, Trustee |
|---|---|---|---|---|---|
| Case Name: | JESSE DEAN RODRIGUEZ-HAMMOND | | | Date Filed (f) or Converted (c): | 03/16/2015 (f) |
| | ROBERTO RODRIGUEZ-HAMMOND | | | 341(a) Meeting Date: | 04/09/2015 |
| For Period Ending: | 07/05/2017 | | | Claims Bar Date: | 08/14/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 3 bedroom residence located at 2217 Leness Lane Cr | 130,000.00 | 0.00 | | 0.00 | FA |
| 2. 2 bedroom residence located at 235 W. 21st Street, | 60,000.00 | 92,500.00 | | 92,929.27 | FA |
| 3. Checking acct Macatawa Bank, located in Holland, M | 100.00 | 0.00 | | 0.00 | FA |
| 4. Savings acct Macatawa Bank located in Holland, MI | 94.00 | 0.00 | | 0.00 | FA |
| 5. Furniture and various furnishings | 1,000.00 | 0.00 | | 0.00 | FA |
| 6. Necessary wearing apparel | 300.00 | 0.00 | | 0.00 | FA |
| 7. Amway 401(k) plan managed by Fidelity NetBenefits | 62,904.00 | 0.00 | | 0.00 | FA |
| 8. 3,000 shares of Illinois Executives, Inc. | 0.00 | 0.00 | | 0.00 | FA |
| 9. 2005 Nissan Altima in fair condition located at re | 4,000.00 | 0.00 | | 0.00 | FA |
| 10. 2007 Jeep Wrangler in fair condition located at re | 9,300.00 | 0.00 | | 0.00 | FA |
| 11. 2004 Ford Focus in poor condition located at resi | 300.00 | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values) $267,998.00 $92,500.00 $92,929.27 $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Motion to employ granted on 8/21/2015 see Dkt# 44. Liquidation of real estate in Holland, Michigan. Motion for turnover granted 9/25/2015 see Dkt# 53. Motion to employ accountant granted on 9/27/2016 see Dkt# 58. Motion for turnover of documents entered 11/18/2016 see Dkt# 60.

RE PROP # 2 -- Reduced Exemption per court order dated 9-25-2015.

Initial Projected Date of Final Report (TFR): 05/10/2016    Current Projected Date of Final Report (TFR): 05/10/2017

UST Form 101-7-TFR (5/1/2011) *(Page: 3)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: 15-09203 | Trustee Name: Peter N. Metrou, Trustee |
| Case Name: JESSE DEAN RODRIGUEZ-HAMMOND | Bank Name: Associated Bank |
| ROBERTO RODRIGUEZ-HAMMOND | Account Number/CD#: XXXXXX5413 |
| | Checking Account (Non-Interest Earn |
| Taxpayer ID No: XX-XXX0271 | Blanket Bond (per case limit): $1,000,000.00 |
| For Period Ending: 07/05/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 09/16/15 | | CHICAGO TITLE OF MICHIGAN 4460 44th St, Suite E Grand Rapids, MI 49512 | Sold RE | | $35,917.20 | | $35,917.20 |
| | | | Gross Receipts  $92,929.27 | | | | |
| | | | Real Estate Brokers Commission  ($5,550.00) | 3510-000 | | | |
| | | | Transfer Tax and Tax Credits  ($1,224.77) | 2820-000 | | | |
| | | | Mortgage Payoff  ($48,947.40) | 4110-000 | | | |
| | | | Title Policy  ($750.69) | 2500-000 | | | |
| | | | Misc. Closing Costs  ($539.21) | 2500-000 | | | |
| | 2 | | 2 bedroom residence located at 235 W. 21st Street,  $92,929.27 | 1110-000 | | | |
| 09/21/15 | 5001 | JONES, DAN 235 W. 21st Street Holland, MI 49423 | Appliance credit per o/c Appliance Credit per court approval Payment made per Trustee's Motion to Authorize Payment for appliance credit to buyer. | 2500-000 | | $2,500.00 | $33,417.20 |
| 09/22/15 | 5002 | CITIMORTGAGE, INC. Attn: Payoffs 4740 121st Street Urbandale, IA 50323 | Mortgage payoff deficiency Acct# 1120937953 | 2500-000 | | $40.56 | $33,376.64 |
| 03/10/16 | 5003 | JESSE AND ROBERTO RODRIGUEZ-HAMMOND 2217 Leness Lane Crest Hill, IL 60403 | Exemption-235 W 21st St, Holland MI Amended Exemption Per Court Order | 8100-000 | | $9,845.00 | $23,531.64 |
| 03/17/16 | 5004 | ARTHUR B. LEVINE COMPANY 370 Lexington Avenue, Suite 1101 New York, NY 10017 | Chapter 7 Bankruptcy Bond Premium Bond Number 10BSBGR6291 | 2300-000 | | $13.03 | $23,518.61 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| UST Form 101-7-TFR (5/1/2011) *(Page: 4)* | | | Page Subtotals: | | $35,917.20 | $12,398.59 | |

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |  | | |
|---|---|---|---|---|
| Case No: | 15-09203 | | Trustee Name: | Peter N. Metrou, Trustee |
| Case Name: | JESSE DEAN RODRIGUEZ-HAMMOND | | Bank Name: | Associated Bank |
| | ROBERTO RODRIGUEZ-HAMMOND | | Account Number/CD#: | XXXXXX5413 |
| | | | | Checking Account (Non-Interest Earn |
| Taxpayer ID No: | XX-XXX0271 | | Blanket Bond (per case limit): | $1,000,000.00 |
| For Period Ending: | 07/05/2017 | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 09/02/16 | 5003 | JESSE AND ROBERTO RODRIGUEZ-HAMMOND<br>2217 Leness LaneCrest Hill, IL 60403 | Exemption-235 W 21st St, Holland MI Amended Exemption Per Court Order Reversal<br>Check never cashed because returned. | 8100-000 | | ($9,845.00) | $33,363.61 |
| 09/02/16 | 5005 | Jesse and Roberto Rodriguez-Hammond<br>2217 Leness Lane<br>Crest Hill, IL 60403 | Exemption--235 W 21st St., Holland, MI<br>Amended exemption Per Court Order. | 8100-002 | | $9,845.00 | $23,518.61 |
| 02/07/17 | 5006 | LTD. International Sureties<br>701 Poydras St.<br>New Orleans, LA 70139 | Bond Payment | 2300-000 | | $13.33 | $23,505.28 |
| 03/23/17 | 5007 | & Roberto Rodriguez-, Jesse Dean<br>2217 Leness Lane<br>Crest Hill, IL 60403 | Exemption--235 W 21st St., Holland, MI Reversal<br>Misprinted names on Check | 8100-000 | | ($9,845.00) | $33,350.28 |
| 03/23/17 | 5005 | Jesse and Roberto Rodriguez-Hammond<br>2217 Leness Lane<br>Crest Hill, IL 60403 | Exemption--235 W 21st St., Holland, MI Reversal<br>Amended exemption Per Court Order. | 8100-002 | | ($9,845.00) | $43,195.28 |
| 03/23/17 | 5007 | & Roberto Rodriguez-, Jesse Dean<br>2217 Leness Lane<br>Crest Hill, IL 60403 | Exemption--235 W 21st St., Holland, MI<br>Amended Exemption per court order-second replacement check | 8100-000 | | $9,845.00 | $33,350.28 |
| 03/23/17 | 5008 | Jesse and Roberto Rodriguez-Hammand<br>2217 Leness Lane<br>Crest Hill, IL 60403 | Exemption--235 W 21st St., Holland, MI<br>second replacement check | 8100-002 | | $9,845.00 | $23,505.28 |

| | | |
|---|---|---|
| COLUMN TOTALS | $35,917.20 | $12,411.92 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $35,917.20 | $12,411.92 |
| Less: Payments to Debtors | $0.00 | $9,845.00 |
| Net | $35,917.20 | $2,566.92 |

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*                    Page Subtotals:                    $0.00                    $13.33

Exhibit B

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX5413 - Checking Account (Non-Interest Earn | $35,917.20 | $2,566.92 | $23,505.28 |
| | $35,917.20 | $2,566.92 | $23,505.28 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $57,012.07 |
| Total Net Deposits: | $35,917.20 |
| Total Gross Receipts: | $92,929.27 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 1:15-09203-BWB  
Debtor Name: JESSE DEAN RODRIGUEZ-HAMMOND  
Claims Bar Date: 8/14/2015  
Date: July 5, 2017

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 1A 40 5800 | US DEPT OF TREASURY IRS<br>P.O. Box 21126<br>Philadelphia, PA  19114-0326 | Priority<br>Payment Status:<br>Valid To Pay | | $17,826.91 | $17,686.32 | $17,686.32 |
| 5A 40 5800 | ILLINOIS DEPARTMENT OF REVENUE<br>Bankruptcy Section<br>P.O. Box 64338<br>Chicago, Illinois  60664-0338 | Priority<br>Payment Status:<br>Valid To Pay | | $6,786.27 | $5,910.70 | $5,910.70 |
| 2 70 7100 | CREDIT FIRST NA<br>Po Box 818011<br>Cleveland, OH  44181 | Unsecured<br>Payment Status:<br>Valid To Pay | | $1,025.00 | $1,025.05 | $1,025.05 |
| 3 70 7100 | U.S. DEPARTMENT OF EDUCATION<br>C/O Nelnet<br>3015 South Parker Road, Suite 400<br>Aurora, CO  80014 | Unsecured<br>Payment Status:<br>Valid To Pay | | $7,951.00 | $51,870.26 | $51,870.26 |
| 4 70 7100 | CAPITAL ONE BANK (USA), N.A.<br>PO Box 71083<br>Charlotte, NC  28272-1083 | Unsecured<br>Payment Status:<br>Valid To Pay | | $1,552.00 | $1,703.58 | $1,703.58 |
| 6 70 7100 | TD RETAIL CARD SERVICES<br>c/o Creditors Bankruptcy Service<br>P O Box 800849<br>Dallas, TX  75380 | Unsecured<br>Payment Status:<br>Valid To Pay | | $0.00 | $3,446.88 | $3,446.88 |
| 7 70 7100 | AMERICAN INFOSOURCE LP AS AGENT FOR DIRECTV, LLC<br>PO Box 51178<br>Los Angeles, CA  90051-5478 | Unsecured<br>Payment Status:<br>Valid To Pay | | $0.00 | $646.30 | $646.30 |
| 8 70 7100 | CAPITAL RECOVERY V, LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami, FL  33131-1605 | Unsecured<br>Payment Status:<br>Valid To Pay | | $225.97 | $996.22 | $996.22 |
| 1B 80 7300 | INTERNAL REVENUE SERVICE<br>P.O. Box 21126<br>Philadelphia, PA  19114-0326 | Unsecured<br>Payment Status:<br>Valid To Pay | | $0.00 | $4,506.60 | $4,506.60 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 1:15-09203-BWB  
Date: July 5, 2017  
Debtor Name: JESSE DEAN RODRIGUEZ-HAMMOND  
Claims Bar Date: 8/14/2015

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 5B 80 7300 | ILLINOIS DEPARTMENT OF REVENUE Attn: Bankruotcy Dept. P.O. Box 64338 Chicago, IL 60664-0338 | Unsecured Payment Status: Valid To Pay | | $0.00 | $850.50 | $850.50 |
| 99 8100 | Jesse Dean & Roberto Rodriguez-Hammond 2217 Leness Lane Crest Hill, IL 60403 | Administrative Payment Status: Valid To Pay | | $0.00 | $9,845.00 | $9,845.00 |
| 100 2100 | Peter N. Metrou 123 W. Washington St., Ste 216 Oswego, IL 60543 | Administrative Payment Status: Valid To Pay | | $0.00 | $7,404.21 | $7,404.21 |
| 100 2200 | Peter N. Metrou 123 W. Washington St., Ste 216 Oswego, IL 60543 | Administrative Payment Status: Valid To Pay | | $0.00 | $397.97 | $397.97 |
| 100 3410 | Kutchins Robbins & Diamond Ltd. 1101 Perimeter Drive Suite 760 Schaumburg, IL 60173 | Administrative Payment Status: Valid To Pay | | $0.00 | $969.00 | $969.00 |
| BOND 999 2300 | ARTHUR B. LEVINE COMPANY 370 Lexington Avenue, Suite 1101 New York, NY 10017 | Administrative Payment Status: Valid To Pay | Extended Check Description Notes from conversion: Bond Number 10BSBGR6291 | $0.00 | $13.03 | $13.03 |
| | Case Totals | | | $35,367.15 | $107,271.62 | $107,271.62 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 15-09203
Case Name: JESSE DEAN RODRIGUEZ-HAMMOND
           ROBERTO RODRIGUEZ-HAMMOND
Trustee Name: Peter N. Metrou, Trustee

      Balance on hand      $    23,505.28

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Peter N. Metrou | $ 7,404.21 | $ 0.00 | $ 7,404.21 |
| Trustee Expenses: Peter N. Metrou | $ 397.97 | $ 0.00 | $ 397.97 |
| Accountant for Trustee Fees: Kutchins Robbins & Diamond Ltd. | $ 969.00 | $ 0.00 | $ 969.00 |
| Other: ARTHUR B. LEVINE COMPANY | $ 13.03 | $ 13.03 | $ 0.00 |

    Total to be paid for chapter 7 administrative expenses    $   8,771.18

    Remaining Balance    $   14,734.10

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 23,597.02 must be paid in advance of any dividend to general (unsecured) creditors.

    Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1A | US DEPT OF TREASURY IRS | $ 17,686.32 | $ 0.00 | $ 11,043.43 |
| 5A | ILLINOIS DEPARTMENT OF REVENUE | $ 5,910.70 | $ 0.00 | $ 3,690.67 |
| | Total to be paid to priority creditors | | $ | 14,734.10 |
| | Remaining Balance | | $ | 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 59,688.29 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | CREDIT FIRST NA | $ 1,025.05 | $ 0.00 | $ 0.00 |
| 3 | U.S. DEPARTMENT OF EDUCATION | $ 51,870.26 | $ 0.00 | $ 0.00 |
| 4 | CAPITAL ONE BANK (USA), N.A. | $ 1,703.58 | $ 0.00 | $ 0.00 |
| 6 | TD RETAIL CARD SERVICES | $ 3,446.88 | $ 0.00 | $ 0.00 |
| 7 | AMERICAN INFOSOURCE LP AS AGENT FOR | $ 646.30 | $ 0.00 | $ 0.00 |
| 8 | CAPITAL RECOVERY V, LLC | $ 996.22 | $ 0.00 | $ 0.00 |
| | Total to be paid to timely general unsecured creditors | | $ | 0.00 |
| | Remaining Balance | | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 5,357.10 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1B | INTERNAL REVENUE SERVICE | $ 4,506.60 | $ 0.00 | $ 0.00 |
| 5B | ILLINOIS DEPARTMENT OF REVENUE | $ 850.50 | $ 0.00 | $ 0.00 |
| | Total to be paid to subordinated unsecured creditors | | | $ 0.00 |
| | Remaining Balance | | | $ 0.00 |