Case 15-09203    Doc 66    Filed 07/10/17    Entered 07/10/17 14:58:32    Desc Main
                           Document      Page 1 of 8

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| In re: § | |
| § | |
| JESSE DEAN RODRIGUEZ-HAMMOND § | Case No. 15-09203 |
| ROBERTO RODRIGUEZ-HAMMOND § | |
| § | |
| Debtors § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Peter N. Metrou, Trustee, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

> 219 S. Dearborn Street
> Chicago, IL  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on 08/04/2017 in Courtroom ,

> Joliet City Hall
> 150 West Jefferson Street, 2nd Floor
> Joliet, Illinois 60432

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 07/10/2017               By: /s/ Peter N. Metrou
                                           Chapter 7 Trustee

*Peter N. Metrou, Trustee*
*123 W. Washington St.*
*Suite 216*
*Oswego, IL 60543*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Bankruptcy No.: 15-09203 |
| | ) | |
| JESSE DEAN RODRIGUEZ-HAMMOND, and | ) | Chapter 7 |
| ROBERTO RODRIGUEZ-HAMMOND, | ) | |
| | ) | Judge Pamela S. Hollis |
| Debtors. | ) | (Joliet) |

**NOTICE OF MOTION**

To:   See Attached Service List

**TRUSTEE'S CERTIFICATE OF SERVICE FOR
NOTICE OF TRUSTEE'S FINAL REPORT**

**PROOF OF SERVICE**

    I, the undersigned attorney, certify that I served a copy of this Notice and attached Motion upon the person(s) listed above by mailing the same in a properly addressed envelope, postage prepaid, and placed in a U.S. depository in Oswego, Illinois on the 10th day of July, 2017, unless a copy was served electronically which occurs automatically upon the filing of the aforesaid document with the Bankruptcy Clerk of the Court.

                                                                                 */s/ Peter N. Metrou*
                                                                                 **Bankruptcy Trustee**

Prepared by:
**PETER N. METROU**
Metrou & Associates, P.C.
123 W. Washington St., Ste. 216
Oswego, Illinois 60543
(630) 551-7171

| | | |
|---|---|---|
| (p)CAPITAL ONE<br>PO BOX 30285<br>SALT LAKE CITY UT 84130-0285 | (p)ILLINOIS DEPARTMENT OF REVENUE<br>BANKRUPTCY DEPARTMENT<br>P O BOX 64338<br>CHICAGO IL 60664-0338 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 |
| (p)SPRINGLEAF FINANCIAL SERVICES<br>P O BOX 3251<br>EVANSVILLE IN 47731-3251 | Accelerated Rehabilitation Centers<br>24014 W Renwick Road<br>Plainfield, IL 60544-8711 | Atg Credit<br>1700 W Cortland St Ste 2<br>Chicago, IL 60622-1166 |
| Banco Popular De Puert<br>209 Munoz Rivera Ave<br>San Juan, PR 00918-1000 | Barclays Bank Delaware<br>125 S West St<br>Wilmington, DE 19801-5014 | Bp-Visa<br>Serv De Credito A Individuos<br>PO Box 362<br>San Juan, PR 00936 |
| Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Citimortgage Inc<br>Po Box 9438<br>Gaithersburg, MD 20898-9438 | CitiMortgage Inc.<br>4600 Houston Road<br>Bldg 2, Fl 2<br>Florence, KY 41042-4820 |
| Collection Prof/Lasal<br>723 1st St<br>La Salle, IL 61301-2535 | Credit First N A<br>6275 Eastland Rd<br>Brookpark, OH 44142-1399 | Credit First NA<br>Po Box 818011<br>Cleveland, OH 44181-8011 |
| Dept Of Education/Neln<br>121 S 13th St<br>Lincoln, NE 68508-1904 | Full Scope Family Medicine<br>1828 Bay Scott Circle #112<br>Naperville, IL 60540-1111 | Heartland Bank<br>405 N Hershey Road<br>Bloomington, IL 61704-3527 |
| Jesse Dean Rodriguez-Hammond<br>2217 Leness Lane<br>Crest Hill, IL 60403-1925 | Kevin D McHugh<br>McHugh Law Firm, P.C.<br>225 W. Jefferson Avenue<br>Naperville, IL 60540-5312 | Meridian Medical Associates SC<br>2100 Glenwood Ave<br>Joliet, IL 60435-5487 |
| Patrick S Layng<br>Office of the U.S. Trustee, Region 11<br>219 S Dearborn St<br>Room 873<br>Chicago, IL 60604-2027 | Sears/Cbsd<br>Po Box 6189<br>Sioux Falls, SD 57117-6189 | Signarama<br>1107 Essington Road<br>Joliet, IL 60435-2870 |
| Slm Financial Corp<br>11100 Usa Pkwy<br>Fishers, IN 46037-9203 | Stellar Recovery, Inc.<br>PO Box 1119<br>Charlotte, NC 28201-1119 | Stonegate Mortgage Corp<br>157 S Main St<br>Mansfield, OH 44902-7955 |
| Stonegate Mortgage Company<br>9190 Priority Way West Drive<br>Suite 300<br>Indianapolis, IN 46240-1437 | Syncb/Sams Club<br>Po Box 965005<br>Orlando, FL 32896-5005 | Td Rcs/Fred Meyers<br>1000 Macarthur Blvd<br>Mahwah, NJ 07430-2035 |

Tee Time Lawn Care, Inc.
23736 W 119th St
Plainfield, IL 60585-9543

Transworld Systems
PO Box 17221
Wilmington, DE 19850-7221

U.S. Department of Education
C/O Nelnet
3015 South Parker Road, Suite 400
Aurora, CO 80014-2904

Wells Fargo Dealer Services
PO Box 19657
Irvine, CA 92623-9657

Wells Fargo Dealer Services
PO Box 3569
Rancho Cucamonga, CA 91729-3569

Wermer Rogers Doran & Ruzon LLC
755 Essington Road
Joliet, IL 60435-2878

Wfds
Po Box 1697
Winterville, NC 28590-1697

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
JESSE DEAN RODRIGUEZ-HAMMOND § Case No. 15-09203
ROBERTO RODRIGUEZ-HAMMOND §
§
Debtors §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 92,929.27 |
| and approved disbursements of | $ | 69,423.99 |
| leaving a balance on hand of[1] | $ | 23,505.28 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: Peter N. Metrou | $ 7,404.21 | $ 0.00 | $ 7,404.21 |
| Trustee Expenses: Peter N. Metrou | $ 397.97 | $ 0.00 | $ 397.97 |
| Accountant for Trustee Fees: Kutchins Robbins & Diamond Ltd. | $ 969.00 | $ 0.00 | $ 969.00 |
| Other: ARTHUR B. LEVINE COMPANY | $ 13.03 | $ 13.03 | $ 0.00 |
| Total to be paid for chapter 7 administrative expenses | | $ | 8,771.18 |
| Remaining Balance | | $ | 14,734.10 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 23,597.02  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1A | US DEPT OF TREASURY IRS | $ 17,686.32 | $ 0.00 | $ 11,043.43 |
| 5A | ILLINOIS DEPARTMENT OF REVENUE | $ 5,910.70 | $ 0.00 | $ 3,690.67 |
| | Total to be paid to priority creditors | | | $ 14,734.10 |
| | Remaining Balance | | | $ 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 59,688.29  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | CREDIT FIRST NA | $ 1,025.05 | $ 0.00 | $ 0.00 |
| 3 | U.S. DEPARTMENT OF EDUCATION | $ 51,870.26 | $ 0.00 | $ 0.00 |
| 4 | CAPITAL ONE BANK (USA), N.A. | $ 1,703.58 | $ 0.00 | $ 0.00 |
| 6 | TD RETAIL CARD SERVICES | $ 3,446.88 | $ 0.00 | $ 0.00 |

UST Form 101-7-NFR (10/1/2010) *(Page: 3)*

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 7 | AMERICAN INFOSOURCE LP AS AGENT FOR | $ 646.30 | $ 0.00 | $ 0.00 |
| 8 | CAPITAL RECOVERY V, LLC | $ 996.22 | $ 0.00 | $ 0.00 |
| | Total to be paid to timely general unsecured creditors | | $ | 0.00 |
| | Remaining Balance | | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 5,357.10 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1B | INTERNAL REVENUE SERVICE | $ 4,506.60 | $ 0.00 | $ 0.00 |
| 5B | ILLINOIS DEPARTMENT OF REVENUE | $ 850.50 | $ 0.00 | $ 0.00 |
| | Total to be paid to subordinated unsecured creditors | | $ | 0.00 |
| | Remaining Balance | | $ | 0.00 |

Prepared By: /s/ Peter N. Metrou
Chapter 7 Trustee

UST Form 101-7-NFR (10/1/2010) *(Page: 4)*

*Peter N. Metrou, Trustee*
*123 W. Washington St.*
*Suite 216*
*Oswego, IL 60543*


**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.