UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: § | |
| § | |
| JESSE DEAN RODRIGUEZ-HAMMOND § | Case No. 15-09203 |
| ROBERTO RODRIGUEZ-HAMMOND § | |
| § | |
| Debtors § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Peter N. Metrou, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 133,843.00 *(Without deducting any secured claims)* | Assets Exempt: 84,000.00 |
| Total Distributions to Claimants: 63,681.50 | Claims Discharged Without Payment: 337,366.59 |
| Total Expenses of Administration: 19,402.77 | |

3) Total gross receipts of $ 92,929.27 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 9,845.00 (see **Exhibit 2**), yielded net receipts of $ 83,084.27 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 184,800.00 | $ 48,947.40 | $ 48,947.40 | $ 48,947.40 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 19,402.77 | 19,402.77 | 19,402.77 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 24,613.18 | 23,597.02 | 23,597.02 | 14,734.10 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 89,412.25 | 65,045.39 | 65,045.39 | 0.00 |
| **TOTAL DISBURSEMENTS** | $ 298,825.43 | $ 156,992.58 | $ 156,992.58 | $ 83,084.27 |

4) This case was originally filed under chapter 7 on 03/16/2015 . The case was pending for 31 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 10/11/2017        By:/s/Peter N. Metrou, Trustee
                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2 bedroom residence located at 235 W. 21st | 1110-000 | 92,929.27 |
| **TOTAL GROSS RECEIPTS** | | **$ 92,929.27** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| & Roberto Rodriguez-, Jesse Dean | Exemptions | 8100-002 | 9,845.00 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 9,845.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Citimortgage Inc Po Box 9438 Gaithersburg, MD 20898 | | 47,655.00 | NA | NA | 0.00 |
| | Springleaf Financial S 1701 N Larkin Ave Ste 50 Joliet, IL 60403 | | 7,302.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Stonegate Mortage Corp 157 S Main St Mansfield, OH 44902 | | 120,660.00 | NA | NA | 0.00 |
| | Wfds Po Box 1697 Winterville, NC 28590 | | 9,183.00 | NA | NA | 0.00 |
| | CHICAGO TITLE OF MICHIGAN | 4110-000 | NA | 48,947.40 | 48,947.40 | 48,947.40 |
| **TOTAL SECURED CLAIMS** | | | **$ 184,800.00** | **$ 48,947.40** | **$ 48,947.40** | **$ 48,947.40** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Peter N. Metrou | 2100-000 | NA | 7,404.21 | 7,404.21 | 7,404.21 |
| Peter N. Metrou | 2200-000 | NA | 397.97 | 397.97 | 397.97 |
| ARTHUR B. LEVINE COMPANY | 2300-000 | NA | 13.03 | 13.03 | 13.03 |
| LTD. International Sureties | 2300-000 | NA | 13.33 | 13.33 | 13.33 |
| CHICAGO TITLE OF MICHIGAN | 2500-000 | NA | 1,289.90 | 1,289.90 | 1,289.90 |
| CITIMORTGAGE, INC. | 2500-000 | NA | 40.56 | 40.56 | 40.56 |
| JONES, DAN | 2500-000 | NA | 2,500.00 | 2,500.00 | 2,500.00 |
| CHICAGO TITLE OF MICHIGAN | 2820-000 | NA | 1,224.77 | 1,224.77 | 1,224.77 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Kutchins Robbins & Diamond Ltd. | 3410-000 | NA | 969.00 | 969.00 | 969.00 |
| CHICAGO TITLE OF MICHIGAN | 3510-000 | NA | 5,550.00 | 5,550.00 | 5,550.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 19,402.77 | $ 19,402.77 | $ 19,402.77 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 5A | ILLINOIS DEPARTMENT OF REVENUE | 5800-000 | 6,786.27 | 5,910.70 | 5,910.70 | 3,690.67 |
| 1A | US DEPT OF TREASURY IRS | 5800-000 | 17,826.91 | 17,686.32 | 17,686.32 | 11,043.43 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ 24,613.18 | $ 23,597.02 | $ 23,597.02 | $ 14,734.10 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Accelerated Rehabilitation Centers 24014 W Renwick Road Plainfield, IL 60544 | | 3,088.00 | NA | NA | 0.00 |
| | Atg Credit 1700 W Cortland St Ste 2 Chicago, IL 60622 | | 283.00 | NA | NA | 0.00 |
| | Banco Popular De Puert 209 Munoz Rivera Ave San Juan, PR 00918 | | 31,084.00 | NA | NA | 0.00 |
| | Barclays Bank Delaware 125 S West St Wilmington, DE 19801 | | 371.00 | NA | NA | 0.00 |
| | Cap One Po Box 85015 Richmond, VA 23285 | | 0.00 | NA | NA | 0.00 |
| | Collection Prof/Lasal 723 1st St La Salle, IL 61301 | | 1,437.00 | NA | NA | 0.00 |
| | Dept Of Education/Neln 121 S 13th St Lincoln, NE 68508 | | 2,275.00 | NA | NA | 0.00 |
| | Dept Of Education/Neln 121 S 13th St Lincoln, NE 68508 | | 3,500.00 | NA | NA | 0.00 |
| | Dept Of Education/Neln 121 S 13th St Lincoln, NE 68508 | | 5,500.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Dept Of Education/Neln 121 S 13th St Lincoln, NE 68508 | | 2,695.00 | NA | NA | 0.00 |
| | Dept Of Education/Neln 121 S 13th St Lincoln, NE 68508 | | 2,750.00 | NA | NA | 0.00 |
| | Dept Of Education/Neln 121 S 13th St Lincoln, NE 68508 | | 4,904.00 | NA | NA | 0.00 |
| | Dept Of Education/Neln 121 S 13th St Lincoln, NE 68508 | | 7,038.00 | NA | NA | 0.00 |
| | Dept Of Education/Neln 121 S 13th St Lincoln, NE 68508 | | 7,000.00 | NA | NA | 0.00 |
| | Full Scope Family Medicine 1828 Bay Scott Circle #112 Naperville, IL 60540 | | 155.00 | NA | NA | 0.00 |
| | Meridian Medical Associates SC 2100 Glenwood Ave Joliet, IL 60435 | | 934.60 | NA | NA | 0.00 |
| | Sears/Cbsd Po Box 6189 Sioux Falls, SD 57117 | | 0.00 | NA | NA | 0.00 |
| | Signarama 1107 Essington Road Joliet, IL 60435 | | 507.24 | NA | NA | 0.00 |
| | Slm Financial Corp 11100 Usa Pkwy Fishers, IN 46037 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Syncb/Sams Club Po Box 965005 Orlando, FL 32896 | | 779.00 | NA | NA | 0.00 |
| | Td Rcs/Fred Meyers 1000 Macarthur Blvd Mahwah, NJ 07430 | | 3,339.18 | NA | NA | 0.00 |
| | Tee Time Lawn Care, Inc. 23736 W 119th St Plainfield, IL 60585 | | 220.95 | NA | NA | 0.00 |
| | Transworld Systems PO Box 17221 Wilmington, DE 19850 | | 247.31 | NA | NA | 0.00 |
| | Wermer Rogers Doran & Ruzon LLC 755 Essington Road Joliet, IL 60435 | | 550.00 | NA | NA | 0.00 |
| 7 | AMERICAN INFOSOURCE LP AS AGENT FOR | 7100-000 | 0.00 | 646.30 | 646.30 | 0.00 |
| 4 | CAPITAL ONE BANK (USA), N.A. | 7100-000 | 1,552.00 | 1,703.58 | 1,703.58 | 0.00 |
| 8 | CAPITAL RECOVERY V, LLC | 7100-000 | 225.97 | 996.22 | 996.22 | 0.00 |
| 2 | CREDIT FIRST NA | 7100-000 | 1,025.00 | 1,025.05 | 1,025.05 | 0.00 |
| 6 | TD RETAIL CARD SERVICES | 7100-000 | 0.00 | 3,446.88 | 3,446.88 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | U.S. DEPARTMENT OF EDUCATION | 7100-000 | 7,951.00 | 51,870.26 | 51,870.26 | 0.00 |
| 5B | ILLINOIS DEPARTMENT OF REVENUE | 7300-000 | NA | 850.50 | 850.50 | 0.00 |
| 1B | INTERNAL REVENUE SERVICE | 7300-000 | NA | 4,506.60 | 4,506.60 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 89,412.25 | $ 65,045.39 | $ 65,045.39 | $ 0.00 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 15-09203 | BWB | Judge: | Bruce W. Black | Trustee Name: | Peter N. Metrou, Trustee |
|---|---|---|---|---|---|---|
| Case Name: | JESSE DEAN RODRIGUEZ-HAMMOND | | | | Date Filed (f) or Converted (c): | 03/16/2015 (f) |
| | ROBERTO RODRIGUEZ-HAMMOND | | | | 341(a) Meeting Date: | 04/09/2015 |
| For Period Ending: | 10/11/2017 | | | | Claims Bar Date: | 08/14/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 3 bedroom residence located at 2217 Leness Lane Cr | 130,000.00 | 0.00 | | 0.00 | FA |
| 2. 2 bedroom residence located at 235 W. 21st Street, | 60,000.00 | 92,500.00 | | 92,929.27 | FA |
| 3. Checking acct Macatawa Bank, located in Holland, M | 100.00 | 0.00 | | 0.00 | FA |
| 4. Savings acct Macatawa Bank located in Holland, MI | 94.00 | 0.00 | | 0.00 | FA |
| 5. Furniture and various furnishings | 1,000.00 | 0.00 | | 0.00 | FA |
| 6. Necessary wearing apparel | 300.00 | 0.00 | | 0.00 | FA |
| 7. Amway 401(k) plan managed by Fidelity NetBenefits | 62,904.00 | 0.00 | | 0.00 | FA |
| 8. 3,000 shares of Illinois Executives, Inc. | 0.00 | 0.00 | | 0.00 | FA |
| 9. 2005 Nissan Altima in fair condition located at re | 4,000.00 | 0.00 | | 0.00 | FA |
| 10. 2007 Jeep Wrangler in fair condition located at re | 9,300.00 | 0.00 | | 0.00 | FA |
| 11. 2004 Ford Focus in poor condition located at resi | 300.00 | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)   $267,998.00   $92,500.00   $92,929.27   $0.00
(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Motion to employ granted on 8/21/2015 see Dkt# 44. Liquidation of real estate in Holland, Michigan. Motion for turnover granted 9/25/2015 see Dkt# 53. Motion to employ accountant granted on 9/27/2016 see Dkt# 58. Motion for turnover of documents entered 11/18/2016 see Dkt# 60.

RE PROP #     2    --   Reduced Exemption per court order dated 9-25-2015.

Initial Projected Date of Final Report (TFR): 05/10/2016     Current Projected Date of Final Report (TFR): 05/10/2017

UST Form 101-7-TDR (10/1/2010) *(Page: 10)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: 15-09203 | Trustee Name: Peter N. Metrou, Trustee |
| Case Name: JESSE DEAN RODRIGUEZ-HAMMOND | Bank Name: Associated Bank |
| ROBERTO RODRIGUEZ-HAMMOND | Account Number/CD#: XXXXXX5413 |
| | Checking Account (Non-Interest Earn |
| Taxpayer ID No: XX-XXX0271 | Blanket Bond (per case limit): $1,000,000.00 |
| For Period Ending: 10/11/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 09/16/15 | | CHICAGO TITLE OF MICHIGAN 4460 44th St, Suite EGrand Rapids, MI 49512 | Sold RE | | $35,917.20 | | $35,917.20 |
| | | | Gross Receipts  $92,929.27 | | | | |
| | | | Real Estate Brokers Commission  ($5,550.00) | 3510-000 | | | |
| | | | Transfer Tax and Tax Credits  ($1,224.77) | 2820-000 | | | |
| | | | Mortgage Payoff  ($48,947.40) | 4110-000 | | | |
| | | | Title Policy  ($750.69) | 2500-000 | | | |
| | | | Misc. Closing Costs  ($539.21) | 2500-000 | | | |
| | 2 | | 2 bedroom residence located at 235 W. 21st Street,  $92,929.27 | 1110-000 | | | |
| 09/21/15 | 5001 | JONES, DAN 235 W. 21st StreetHolland, MI 49423 | Appliance credit per o/c Appliance Credit per court approval Payment made per Trustee's Motion to Authorize Payment for appliance credit to buyer. | 2500-000 | | $2,500.00 | $33,417.20 |
| 09/22/15 | 5002 | CITIMORTGAGE, INC. Attn: Payoffs4740 121st StreetUrbandale, IA 50323 | Mortgage payoff deficiency Acct# 1120937953 | 2500-000 | | $40.56 | $33,376.64 |
| 03/10/16 | 5003 | JESSE AND ROBERTO RODRIGUEZ-HAMMOND 2217 Leness LaneCrest Hill, IL 60403 | Exemption-235 W 21st St, Holland MI Amended Exemption Per Court Order | 8100-000 | | $9,845.00 | $23,531.64 |
| 03/17/16 | 5004 | ARTHUR B. LEVINE COMPANY 370 Lexington Avenue, Suite 1101New York, NY 10017 | Chapter 7 Bankruptcy Bond Premium Bond Number 10BSBGR6291 | 2300-000 | | $13.03 | $23,518.61 |

| | | | Page Subtotals: | | $35,917.20 | $12,398.59 | |

UST Form 101-7-TDR (10/1/2010)   (Page: 11)

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 15-09203 | Trustee Name: Peter N. Metrou, Trustee |
| Case Name: JESSE DEAN RODRIGUEZ-HAMMOND | Bank Name: Associated Bank |
| ROBERTO RODRIGUEZ-HAMMOND | Account Number/CD#: XXXXXX5413 |
| | Checking Account (Non-Interest Earn |
| Taxpayer ID No: XX-XXX0271 | Blanket Bond (per case limit): $1,000,000.00 |
| For Period Ending: 10/11/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 09/02/16 | 5003 | JESSE AND ROBERTO RODRIGUEZ-HAMMOND<br>2217 Leness LaneCrest Hill, IL 60403 | Exemption-235 W 21st St, Holland MI Amended Exemption Per Court Order Reversal<br>Check never cashed because returned. | 8100-000 | | ($9,845.00) | $33,363.61 |
| 09/02/16 | 5005 | Jesse and Roberto Rodriguez-Hammond<br>2217 Leness Lane<br>Crest Hill, IL 60403 | Exemption--235 W 21st St., Holland, MI<br>Amended exemption Per Court Order. | 8100-002 | | $9,845.00 | $23,518.61 |
| 02/07/17 | 5006 | LTD. International Sureties<br>701 Poydras St.<br>New Orleans, LA 70139 | Bond Payment | 2300-000 | | $13.33 | $23,505.28 |
| 03/23/17 | 5007 | & Roberto Rodriguez-, Jesse Dean<br>2217 Leness Lane<br>Crest Hill, IL 60403 | Exemption--235 W 21st St., Holland, MI Reversal<br>Misprinted names on Check | 8100-000 | | ($9,845.00) | $33,350.28 |
| 03/23/17 | 5005 | Jesse and Roberto Rodriguez-Hammond<br>2217 Leness Lane<br>Crest Hill, IL 60403 | Exemption--235 W 21st St., Holland, MI Reversal<br>Amended exemption Per Court Order. | 8100-002 | | ($9,845.00) | $43,195.28 |
| 03/23/17 | 5007 | & Roberto Rodriguez-, Jesse Dean<br>2217 Leness Lane<br>Crest Hill, IL 60403 | Exemption--235 W 21st St., Holland, MI<br>Amended Exemption per court order-second replacement check | 8100-000 | | $9,845.00 | $33,350.28 |
| 03/23/17 | 5008 | Jesse and Roberto Rodriguez-Hammand<br>2217 Leness Lane<br>Crest Hill, IL 60403 | Exemption--235 W 21st St., Holland, MI<br>second replacement check | 8100-002 | | $9,845.00 | $23,505.28 |
| 08/07/17 | 5009 | Peter N. Metrou<br>123 W. Washington St., Ste 216<br>Oswego, IL 60543 | Distribution | | | $7,802.18 | $15,703.10 |
| | | Peter N. Metrou | Final distribution representing a payment of 100.00 % per court order. | ($7,404.21) | 2100-000 | | |
| | | Peter N. Metrou | Final distribution representing a payment of 100.00 % per court order. | ($397.97) | 2200-000 | | |

| | | | | Page Subtotals: | $0.00 | $7,815.51 |
|---|---|---|---|---|---|---|

UST Form 101-7-TDR (10/1/2010) *(Page: 12)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 15-09203 | Trustee Name: Peter N. Metrou, Trustee |
| Case Name: JESSE DEAN RODRIGUEZ-HAMMOND | Bank Name: Associated Bank |
| ROBERTO RODRIGUEZ-HAMMOND | Account Number/CD#: XXXXXX5413 |
| | Checking Account (Non-Interest Earn |
| Taxpayer ID No: XX-XXX0271 | Blanket Bond (per case limit): $1,000,000.00 |
| For Period Ending: 10/11/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/07/17 | 5010 | Kutchins Robbins & Diamond Ltd.<br>1101 Perimeter Drive<br>Suite 760<br>Schaumburg, IL 60173 | Final distribution representing a payment of 100.00 % per court order. | 3410-000 | | $969.00 | $14,734.10 |
| 08/07/17 | 5011 | US DEPT OF TREASURY IRS<br>P.O. Box 21126<br>Philadelphia, PA  19114-0326 | Final distribution to claim 1 representing a payment of 62.44 % per court order. | 5800-000 | | $11,043.43 | $3,690.67 |
| 08/07/17 | 5012 | ILLINOIS DEPARTMENT OF REVENUE<br>Bankruptcy Section<br>P.O. Box 64338<br>Chicago, Illinois  60664-0338 | Final distribution to claim 5 representing a payment of 62.44 % per court order. | 5800-000 | | $3,690.67 | $0.00 |

| | | |
|---|---:|---:|
| COLUMN TOTALS | $35,917.20 | $35,917.20 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $35,917.20 | $35,917.20 |
| Less: Payments to Debtors | $0.00 | $9,845.00 |
| Net | $35,917.20 | $26,072.20 |

| | | |
|---|---:|---:|
| Page Subtotals: | $0.00 | $15,703.10 |

**UST Form 101-7-TDR (10/1/2010)** *(Page: 13)*

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX5413 - Checking Account (Non-Interest Earn | $35,917.20 | $26,072.20 | $0.00 |
|  | $35,917.20 | $26,072.20 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| Total Allocation Receipts: | $57,012.07 |
|---|---|
| Total Net Deposits: | $35,917.20 |
| Total Gross Receipts: | $92,929.27 |